KURT C. FAUX, ESQ.
Nevada Bar No. 003407
LELAND K. FAUX, ESQ.
Nevada Bar No. 12206
THE FAUX LAW GROUP
1540 W. Warm Springs Road, #100
Henderson, Nevada 89014
Telephone: (702) 458-5790
Facsimile: (702) 458-5794
Email: kfaux@fauxlaw.com
       lfaux@fauxlaw.com
*Attorneys for American Contractors Indemnity Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>Plaintiff,<br>v.<br><br>EMERALD ASSETS L.P.; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.: 2:15-cv-1334-APG-PAL<br><br>**AMENDED DEFAULT JUDGMENT AGAINST DEFENDANT EMERALD ASSETS, L.P.** |

IT APPEARING FROM THE RECORD in the above-entitled action that:

Defendant Emerald Assets L.P., has failed to appear, plead or otherwise defend in this action, and default having been entered on December 14, 2015, and counsel for Plaintiff American Contractors Indemnity Company having requesting an amended judgment against Emerald Assets L.P. and having filed a proper motion and affidavit and declaration in accordance with Fed. R. Civ. P. 55(a) and (b), it is hereby ORDERED, ADJUDGED AND DECREED that:

Amended Default Judgment is hereby entered in favor of Plaintiff American Contractors Indemnity Company and against Defendant Emerald Assets L.P., as follows

    a. For the principal sum of $207,162.60.

    b. Attorney's fees in the amount of $4,675.00.

    c. Non-Taxable Costs in the amount of $7.40.

    d. For pre-judgment interest in the amount of $24,037.96.[1]

    e. For a total amended judgment in the amount of $235,882.96.

    f. For post-judgment interest at the legal rate from the entry of the default judgment, September 2, 2016, until paid in full.

Dated: October 24, 2016.

BY THE COURT:

_____
UNITED STATES DISTRICT COURT JUDGE

---

[1] Interest from 7-10-14 to 12-31-15 for 549 days at 5.25% is $16,358.75 ($29.797 per day interest). Interest from 1-1-16 to 9-2-16 for 246 days at 5.50% is $7,679.21 ($31.216 per day interest). Total interest is $24,037.96.